# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number:  2:94CR00304-01 |
| ) | |
| Yolanda Yvette ALLISON ) | |

## LEGAL HISTORY:

On September 14, 1995, the above-named was sentenced to 202 months custody in the Bureau of Prisons to be followed by a term of supervised release for a period of 5 years. On March 29, 1999, the sentence was reduced to 160 months custody in the Bureau of Prisons to be followed by a term of supervised release for a period of 5 years, which commenced on March 23, 2005.  Special conditions included: a requirement for Drug/alcohol treatment and testing; Search; Provide access to financial information; and Not possess a paging device.

## SUMMARY OF COMPLIANCE:

Ms. Allison has maintained stable housing and employment.  She has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities.  It is the opinion of the supervising probation officer in the Northern District of California that Ms. Allison has derived maximum benefit from supervision and is not in need of continued supervision.

RE:    Yolanda Yvette ALLISON
       Docket Number:   2:94CR00304-01
       **RECOMMENDATION TERMINATING**
       **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**


**RECOMMENDATION:**

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

                    Respectfully submitted,


                     /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

Dated:     January 23, 2008
           Elk Grove, California
           DAS/cj


cc:    AUSA Patrick Hanley (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**     )<br>                                                            )<br>                     vs.                            )     **Docket Number:  2:94CR00304-01**<br>                                                            )<br>**Yolanda Yvette ALLISON**              )<br>                                                            ) | |

On March 23, 2005, the above-named was placed on supervised release for a period of 5 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended by the supervising probation officer in the Northern District of California that she be discharged from supervision.

                              Respectfully submitted,


                              /s/ Deborah A. Spencer
                              **DEBORAH A. SPENCER
                              Supervising United States Probation Officer**

Dated:        January 23, 2008
                  Elk Grove, California
                  DAS/cj

**RE:  Yolanda Yvette ALLISON**
   **Docket Number:  2:94CR00304-01**
   **ORDER TERMINATING SUPERVISED RELEASE**
   **PRIOR TO EXPIRATION DATE**

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

  March 5, 2008
**Date**                                                                **United States District Judge**


DAS/cj
Attachment:   Recommendation
cc:   United States Attorney's Office